| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CLIFFORD L CARTER ESQ., Bar #149621<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: STEVEN FELGENHAUER
Defendant: MERCK CO., INC.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:07-CV-01410-GEB-KJM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING STATUS CONFERENCE; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP

3. a. Party served:    MERCK & CO., INC.
   b. Person served:    MARGARET WILSON, PROCESS SPECIALIST

4. Address where the party was served:    CT CORPORATION SYSTEMS, AGENT FOR SERVICE
   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 20, 2007 (2) at: 3:25PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CARL VESPER
   
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817
   
   d. The Fee for Service was:    $30.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    2517
      (iii) County:    Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jul. 31, 2007

(CARL VESPER)

Judicial Council Form            PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE            clc.111761