UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

Southern District of New York
500 Pearl Street
New York, New York 10007

RE:       STEVEN FELGENHAUER vs. MERCK CO., INC.
USDC No.: 2:07–CV–01410–GEB–KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
October 01, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 8.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                              Very truly yours,

**October 1, 2007**            /s/  **R. Matson**
                              Deputy Clerk

RECEIVED BY:
                              Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: