USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
IN RE: Fosamax Products Liability :
Litigation
:
-------------------------------------x
*This Document Relates to:* All Actions :
-------------------------------------x

MDL No. 1789

1:06-md-1789 (JFK)
**Order**

**JOHN F. KEENAN, United States District Judge:**

Defendant Merck has requested that I hear the motion to compel which Plaintiffs filed on April 18, 2008 before Magistrate Judge Francis. The motion appears to raise discovery issues that may have a broad impact on this MDL and, therefore, I would prefer to resolve the motion. Per the parties' stipulated briefing schedule, Merck's response is due on May 12, 2008 and Plaintiff's reply is due on May 19, 2008.

**SO ORDERED.**

**Dated:** New York, New York
April 24, 2008

John F. Keenan
JOHN F. KEENAN
United States District Judge